# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GUJARAT FLUOROCHEMICALS LIMITED,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br>　　　　Defendant,<br><br>　　　　and<br><br>DAIKIN AMERICA INC.,<br>　　　　Defendant-Intervenor. | Court No. 22-00120<br><br>Hon. Timothy C. Stanceu<br>Judge |

## NOTICE OF APPEAL

Notice is hereby given that Daikin America Inc., Defendant-Intervenor in the above named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Gujarat Fluorochemicals Limited v. United States*, Ct. No. 22-00120, slip op. 23-151 (Ct. Int'l Trade Oct. 13, 2023), ECF No. 74, and Judgment Order (Ct. Int'l Trade Oct. 13, 2023), ECF No. 75.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Luke M. Meisner
　　　　　　　　　　　　　　　　　　　　Luke M. Meisner
　　　　　　　　　　　　　　　　　　　　Elizabeth J. Drake
　　　　　　　　　　　　　　　　　　　　SCHAGRIN ASSOCIATES
　　　　　　　　　　　　　　　　　　　　900 Seventh Street NW, Suite 500
　　　　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　　　　202-223-1700
　　　　　　　　　　　　　　　　　　　　lmeisner@schagrinassociates.com
　　　　　　　　　　　　　　　　　　　　*Counsel to Daikin America Inc.*

December 12, 2023