# United States Court of Appeals for the Federal Circuit

---

**GUJARAT FLUOROCHEMICALS LTD.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**DAIKIN AMERICA, INC.,**
*Defendant-Appellant*

---

2024-1268

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00120-TCS, Senior Judge Timothy C. Stanceu.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 8, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 14, 2025
Date

Jarrett B. Perlow
Clerk of Court